```
                    FILED
                    MAY - 1 2015
              CLERK, U.S. DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
            BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff<br>　　vs.<br>Marco Antonio Torres,<br>　　　　　　Defendant | CASE NO. 14CR0566-AJB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 5/1/15

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　United States Magistrate Judge